

# Fourth Court of Appeals
## San Antonio, Texas

April 18, 2019

No. 04-18-00857-CV

**INTEREST OF B.V., A CHILD**,

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00239
Honorable Karen H. Pozza, Judge Presiding

## O R D E R

Appellant's attorney has filed a motion seeking access to a portion of the record that is sealed. The motion is GRANTED. The clerk of the court is instructed to provide a copy of the sealed record to appellant's attorney on CD-ROM. All parties and their attorneys are ORDERED not to share the contents of the sealed record with any person except to the extent necessary to prepare their respective briefs. In the event appellant or appellee reference the sealed record in their respective briefs, they are ORDERED to (1) file their respective briefs in paper form only, (2) with a cover letter informing the Clerk of this court that the brief references the sealed record. *See* TEX. R. APP. P. 9.2(c)(3) (exception to electronic filing for documents under seal).

Appellant's motion for extension of time to file his brief is GRANTED. Appellant's brief must be filed no later than May 6, 2019.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of April, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court